DANIEL MARKS COHEN et al., Appellants, v ANDREW M. CUOMO, Governor of the State of New York, et al., Respondents.

Submitted May 14, 2012; decided May 31, 2012

Motion by H. William Van Allen for leave to appear amicus curiae on the appeal herein dismissed as academic.

In the Matter of MICHAEL A. CUNNINGHAM, Appellant, v NEW YORK STATE DEPARTMENT OF LABOR, Respondent.

Submitted May 14, 2012; decided May 31, 2012

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of DESTINY EE., a Child Alleged to be Permanently Neglected. ULSTER COUNTY DEPARTMENT OF SOCIAL SER-VICES, Respondent; KAREN FF., Appellant. (And Other Pro-ceedings.)

Submitted March 26, 2012; decided May 31, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

JOHN GRONSKI et al., Appellants, v COUNTY OF MONROE, Respon-dent.

Submitted December 27, 2011; decided May 31, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 18 NY3d 374 (2011)].